In the Matter of the Estate of ABRAHAM RATCHICK, Deceased.

SARAH RATCHICK, Individually and as Executrix of ABRAHAM RATCHICK, Deceased, et al., Appellants; PATCHOGUE CITIZENS BANK AND TRUST COMPANY, as Executor and Trustee under the Will of ABRAHAM RATCHICK, Deceased, et al., Respondents.

Argued April 3, 1939; decided June 2, 1939.

*Alexander G. Blue* for appellants.

*Charles H. Kelby* and *Joseph T. Losee* for Patchogue Citizens Bank and Trust Company as executor and trustee. respondent.

*George H. Carleton* for Kissimmee Plaza Building Co., Inc., respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.